

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00203-CV

**IN THE INTEREST OF L.A.V., A CHILD,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM506059
The Honorable Eric Rodriguez, Judge Presiding

# O R D E R

The Motion to Extend Time to File Brief of Appellee Office of the Attorney General of Texas is hereby GRANTED. The appellees' brief is due on or before October 21, 2019. No further extensions, absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court